UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ESTELLA WASHINGTON, ET AL

VERSUS

WAL-MART LOUISIANA, LLC

CIVIL ACTION

NO.  07-280-RET-CN

# O R D E R

Considering that the Court has been informed that this matter has settled;

**IT IS ORDERED** that the telephone conference set for January 7, 2008, is hereby **CANCELLED**, and the record will be reviewed in two weeks to determine if the motion to dismiss has been filed.

Signed in chambers in Baton Rouge, Louisiana, January 7, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**